UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MATTHEW CHARLES MITCHELL,

    Plaintiff,

v.

ORACLE RACING, INC.,

    Defendant.

Case No. 15-cv-03455-JSC

**ORDER REGARDING SERVICE OF COMPLAINT**

Plaintiff filed this action on July 27, 2015. He has not yet served Defendant Oracle Racing, Inc., and in his case management conference statement of October 23, 2015 he states that he is in the process of amending the complaint to correct factual allegations. Accordingly, Plaintiff shall file his amended complaint on or before November 2, 2015 and shall serve Defendant with the amended complaint by November 20, 2015. The Case Management Conference is continued to January 14, 2015 at 1:30 p.m.

**IT IS SO ORDERED.**

Dated: October 27, 2015

JACQUELINE SCOTT CORLEY
United States Magistrate Judge