UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW CHARLES MITCHELL,<br><br>  Plaintiff,<br><br>  v.<br><br>ORACLE RACING, INC.,<br><br>  Defendant. | Case No. 15-cv-03455-VC<br><br>**ORDER DENYING MOTION FOR SANCTIONS AND DISCHARGING ORDER TO SHOW CAUSE**<br><br>Re: Dkt. Nos. 44, 48 |

For the reasons stated on the record, the motion for sanctions is denied and the order to show cause is vacated.

**IT IS SO ORDERED.**

Dated: April 21, 2016

_____
VINCE CHHABRIA
United States District Judge